# Exhibit A

# Civil Actions

# Case Summary

### Case No. 2022-CA-000820-B

| | | |
|---|---|---|
| WOODERTS, DESHARNE Vs. MARS, INC et al | § § § | Location: **Civil Actions**<br>Judicial Officer: **Ross, Maurice**<br>Filed on: **02/18/2022** |

## Case Information

|  |  |
|---|---|
| Case Type: | Civil II |
| Subtype: | Complaint for Declaratory Judgment Filed |
| Case Status: | **06/05/2024**  **Reopen**<br>05/27/2022   Closed<br>02/18/2022   Open |

File Date   02/18/2022
**Cause of Action**
Complaint for Declaratory Judgment Filed
  **Description/Remedy**
  Action
  Complaint for Declaratory Judgment Filed
**Statistical Closures**
05/27/2022   Dismissed-Order Dism/Want of Prosec w/o Prejudice

## Assignment Information

### Current Case Assignment
Case Number        2022-CA-000820-B
Court              Civil Actions
Date Assigned      06/14/2024
Judicial Officer   Ross, Maurice

### Previous Case Assignments
Case Number        2022-CA-000820-B
Court              Civil Actions
Date Assigned      06/05/2024
Judicial Officer   Edelman, Todd E

| | |
|---|---|
| Reason | Case Remanded |
| Case Number | 2022-CA-000820-B |
| Court | Civil Actions |
| Date Assigned | 02/18/2022 |
| Judicial Officer | Rigsby, Robert R |
| Reason | Case Remanded |

## Party Information

|  |  |  | *Lead Attorneys* |
|---|---|---|---|
| **Plaintiff** | **Wooderts, Desharne** | | **Allen, Wise D** |
| | | | *Retained* |
| | 5900 S 145 Apt 4207 | | 202-253-7804(H) |
| | WILMER, TX 75172 | | 8300 Greensboro Dr. L1-39 |
| | | | Tysons, VA 22102 |
| | | | wiseallen@gmail.com |
| **Defendant** | **Doe, Jane1** | | |
| | 1132 Blackhawk Street | | |
| | CHICAGO, IL 60642 | | |
| | **Doe, Jane2** | | |
| | 6885 Elm Street | | |
| | MCLEAN, VA 22101 | | |
| | **Monchengladbach HRB 17893** | | |
| | Hofle, Felix | | |
| | *Doing Business As* Mars Confectionery Supply GmbH | | |
| | Mars Confectionery Supply GmbH | | |
| | Industriering 17, 41751 | | |
| | Viersen, Germany | | |
| | **Mars Food** | | |
| | 1132 W. Blackhawk | | |
| | CHICAGO, IL 60642 | | |
| | **Mars Wrigley** | | |
| | 800 High Street | | |
| | HACKETTSTOWN, NJ 07840 | | |
| | **Mars Wrigley Confectionery Us, LLC** | | |
| | 800 High Street | | |

HACKETTSTOWN, NJ 07840

**Mars, Inc**

6885 Elm Street
MCLEAN, VA 22101

**Pacific Marks Esaka**

12F, 9-1 Toyotsuchou
Suita-shi
Osaka, 530-0000 Japan

**Starburst Duos**

1132 Blackhawk Street
CHICAGO, IL 60642

**Starburst Duos Tm**

1132 Blackhawk Street
CHICAGO, IL 60642

**Wrigley Starburst**

1132 Blackhawk Street
CHICAGO, IL 60642

## Events and Orders of the Court

02/18/2022    Complaint for Declaratory Judgment Filed
*Complaint for Declaratory Judgment Filed Receipt: 488595 Date: 02/25/2022*

02/18/2022
eComplaint Filed
*eComplaint Filed. Submitted 02/18/2022 01:35. ajm (NO SUMMONS OR INFORMATION SHEET INCLUDED WITH THIS FILING) Attorney: ALLEN, WISE D (492427) DESHARNE WOODERTS (Plaintiff);*

02/25/2022
Event Scheduled
*Event Scheduled Event: Initial Scheduling Conference-60 Date: 05/27/2022 Time: 10:00 am Judge: RIGSBY, ROBERT R Location: Courtroom 320*

02/25/2022


Initial Order and Addendum Issued (60 Days)
*Initial Order and Addendum Issued (60 Days) Initial Order-60 Days Sent on: 02/25/2022 15:29:42.85*

02/25/2022


Notice Pursuant to Sup. Ct. Civ. R. 11(a), issued to:
*Notice Pursuant to Sup. Ct. Civ. R. 11(a), issued to: Notice of Non Compliance Rule 11(a) Sent on: 02/25/2022 16:24:46.73*

02/25/2022   
  Complaint Package eServed
   *Complaint Package eServed to Filer*

03/02/2022


8 Alias Summons $80.00 Requested as to:
*8 Alias Summons Filed. Submitted 03/02/2022 18:38PM. PD Attorney: ALLEN, WISE D (492427) DESHARNE WOODERTS (Plaintiff); Receipt: 488968 Date: 03/03/2022*

05/27/2022   **Initial Scheduling Conference-60**   (10:00 AM)   (Judicial Officer: Rigsby, Robert R)
   *Scheduling Conference Hearing Held*

05/27/2022
Event Resulted:
  *Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 05/27/2022 at 10:00 am has been resulted as follows: Result: Scheduling Conference Hearing Held. CourtSmart. Hearing held virtually. No parties present. Order dismissing case for want of prosecution signed and filed. Copies mailed/e-filed. Judge: RIGSBY, ROBERT R Location: Courtroom 320 (Virtual)*

05/27/2022   Order Dismissing for Want of Prosec w/o prej Entered on Dkt
   *Order Dismissing for Want of Prosecution without prejudice Entered on Docket*

02/21/2023   
  Motion Filed   (Judicial Officer: Rigsby, Robert R)
   *Motion to Reinstate with Accompanying Documents*
   Docketed on:   02/22/2023
   Filed by:   Plaintiff Woorderts, Desharne

| Date | Entry |
|---|---|
| 03/22/2023 | **Order Denying**  (Judicial Officer: Rigsby, Robert R)<br>Signed on:  03/22/2023 |
| 03/22/2023 | Notice |
| 04/10/2023 | Notice |
| 04/13/2023 | **Notice of Appeal Filed**<br>*DCCA Appeal Number: 23-CV-305*<br>Docketed on:  04/13/2023<br>Filed by:  Plaintiff Wooderts, Desharne |
| 04/13/2023 | **Notice of Appeal (Public) Processed and Forwarded to DCCA**<br>*c0135a63-502d-4e76-9169-91737368bbee* |
| 04/16/2023 | **Reply Filed**<br>*Response to Notice of Non-Compliance*<br>Docketed on:  04/18/2023<br>Filed by:  Plaintiff Wooderts, Desharne |
| 08/09/2023 | **Initial Order Non-Criminal from DCCA** |
| 08/09/2023 | **Record of Index (Public) Certified to DCCA**<br>*d72975e8-6eee-4098-84d4-6cbbd43528e6* |
| 05/14/2024 | **Appeal Vacated and Remanded from DCCA** |
| 06/05/2024 | **Mandate Issued from DCCA** |
| 06/14/2024 | **Order Assigning Case after Remand Entered on Docket**  (Judicial Officer: Edelman, Todd E)<br>*Order assigning to Judge Maurice Ross on remand, e-served and mailed to parties 6/14/24. AB*<br>Signed on:  06/14/2024 |

07/26/2024 
  **Remote Status Hearing**  (10:00 AM)   (Judicial Officer: Ross, Maurice)
    **MINUTES - 07/26/2024**
  Held and Continued;
  Journal Entry Details:
  *COURTSMART. WebEx. REMOTE. Plaintiff's counsel Wise present. Defendant's counsel David G. Barger and Woody Angle present on behalf of Mars Inc. Wooders to file Brief by 8/26/2024. Oppositon due by 9/26/224. Reply Brief due by 10/10/2024. The appealant was Desharne Wooderts. Case continued until 11/8/2024 at 10:15 a.m. for a Status Hearing in Courtroom 100. MAP;*
  Parties Present:   Primary Attorney   Allen, Wise D
    Held and Continued

08/02/2024 
  Returned Mail from USPS
    *Order Assigning Case After Remand*
    Docketed on:   08/02/2024
    Party:   Defendant Pacific Marks Esaka

08/24/2024 
  Motion for Relief Filed     (Judicial Officer: Ross, Maurice)
    *Motion for Relief from a Judgment or Order _ 60(b)*
    Docketed on:   08/26/2024
    Filed by:   Plaintiff Wooderts, Desharne

09/26/2024 
  Opposition to Motion Filed
    *Mars, Inc's Opposition to Plaintiff's Rule 60(B) Motion for Relief From Judgment*
    Docketed on:   09/27/2024
    Filed by:   Defendant Mars, Inc

10/02/2024

Reply Filed
  *Reply to Defendant Mars, Inc.'s Opposition to Plaintiff's Rule 60(B) Motion for Relief Dismissing the Complaint*
  Docketed on:   10/03/2024
  Filed by:   Plaintiff Wooderts, Desharne

10/18/2024


Order Granting Motion   (Judicial Officer: Ross, Maurice)
*Order Granting Motion for Relief from Order from the Dismissal of the Complaint for Want of Prosecution; efiled, eserved, and copies mailed to parties from chambers (kr)*
Signed on:   10/18/2024

10/18/2024   Notice

11/08/2024   
*CANCELED* **Remote Status Hearing**   (10:15 AM)   (Judicial Officer: Ross, Maurice)
*Vacated*

11/21/2024


Returned Mail from USPS
*Return to Sender Order Granting Motion for Relief from Order from the Dismissal of the Complaint for Want of Prosecution*
Docketed on:   11/29/2024

11/25/2024   
Alias Summons Requested
*Jay Burgett*
Filed By:   Plaintiff Wooderts, Desharne

11/25/2024   
Alias Summons Requested
*Mars Food*
Filed By:   Plaintiff Wooderts, Desharne

11/25/2024   
Alias Summons Requested
*Mars Wrigley*
Filed By:   Plaintiff Wooderts, Desharne

11/25/2024   
Alias Summons Requested
*Mars Wrigley Confectionery Us LLC*
Filed By:   Plaintiff Wooderts, Desharne

11/25/2024   
Alias Summons Requested
Filed By:   Plaintiff Wooderts, Desharne

| | | |
|---|---|---|
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |
| 11/25/2024 | 📄 | |
| | | Alias Summons Requested |
| | | Filed By: Plaintiff Wooderts, Desharne |

| 11/25/2024 |  |

Alias Summons Requested
    Filed By:   Plaintiff Wooderts, Desharne

1-50 of 56

## Other Documents


04/13/2023
    Court Document - Public/Anonymous User
      Case Summary
        2 Pages


04/13/2023
    Court Document - Public/Anonymous User
      Case Summary
        2 Pages


08/09/2023
    Court Document - Public/Anonymous User
      Case Summary
        3 Pages

08/09/2023
    Court Document - Public/Anonymous User
      Appeal Certification
        1 Pages

## Financial Information

| | | |
|---|---|---:|
| **Plaintiff** | Wooderts, Desharne | |
| | Total Financial Assessment | 530.00 |
| | Total Payments and Credits | 530.00 |
| | **Balance Due as of 12/26/2024** | **0.00** |

# Civil Actions

# Case Summary

## Case No. 2022-CA-000820-B

| | | |
|---|---|---|
| **WOODERTS, DESHARNE Vs. MARS, INC et al** § § § | Location: | **Civil Actions** |
| | Judicial Officer: | **Ross, Maurice** |
| | Filed on: | **02/18/2022** |

## Case Information

| | | |
|---|---|---|
| | Case Type: | Civil II |
| | Subtype: | Complaint for Declaratory Judgment Filed |
| | Case Status: | **06/05/2024** Reopen |
| | | 05/27/2022 Closed |
| | | 02/18/2022 Open |

File Date   02/18/2022

**Cause of Action**

Complaint for Declaratory Judgment Filed

  **Description/Remedy**
  Action
  Complaint for Declaratory Judgment Filed

**Statistical Closures**
05/27/2022   Dismissed-Order Dism/Want of Prosec w/o Prejudice

## Assignment Information

**Current Case Assignment**
Case Number        2022-CA-000820-B
Court              Civil Actions
Date Assigned      06/14/2024
Judicial Officer   Ross, Maurice

**Previous Case Assignments**
Case Number        2022-CA-000820-B
Court              Civil Actions
Date Assigned      06/05/2024
Judicial Officer   Edelman, Todd E

| | |
|---|---|
| Reason | Case Remanded |
| Case Number | 2022-CA-000820-B |
| Court | Civil Actions |
| Date Assigned | 02/18/2022 |
| Judicial Officer | Rigsby, Robert R |
| Reason | Case Remanded |

# Party Information

|  |  |  | *Lead Attorneys* |
|---|---|---|---|
| **Plaintiff** | **Wooderts, Desharne** | | **Allen, Wise D** |
| | | | *Retained* |
| | 5900 S 145 Apt 4207 | | 202-253-7804(H) |
| | WILMER, TX 75172 | | 8300 Greensboro Dr. L1-39 |
| | | | Tysons, VA 22102 |
| | | | wiseallen@gmail.com |

**Defendant**   **Doe, Jane1**

1132 Blackhawk Street
CHICAGO, IL 60642

**Doe, Jane2**

6885 Elm Street
MCLEAN, VA 22101

**Monchengladbach HRB 17893**

Hofle, Felix
*Doing Business As* Mars Confectionery Supply GmbH
Mars Confectionery Supply GmbH
Industriering 17, 41751
Viersen, Germany

**Mars Food**

1132 W. Blackhawk
CHICAGO, IL 60642

**Mars Wrigley**

800 High Street
HACKETTSTOWN, NJ 07840

**Mars Wrigley Confectionery Us, LLC**

800 High Street

HACKETTSTOWN, NJ 07840

## Mars, Inc

6885 Elm Street
MCLEAN, VA 22101

## Pacific Marks Esaka

12F, 9-1 Toyotsuchou
Suita-shi
Osaka, 530-0000 Japan

## Starburst Duos

1132 Blackhawk Street
CHICAGO, IL 60642

## Starburst Duos Tm

1132 Blackhawk Street
CHICAGO, IL 60642

## Wrigley Starburst

1132 Blackhawk Street
CHICAGO, IL 60642

# Events and Orders of the Court

| | |
|---|---|
| 11/25/2024 | Appl. to Proceed w/o Prepayment of Cost Filed<br>    Docketed On: 11/26/2024<br>    Filed By: Plaintiff Wooderts, Desharne |
| 11/26/2024 | Appl. to Proceed w/o Prepayment of Cost Granted by Clerk |
| 12/12/2024 | Affidavit/Declaration of Service of Summons and Complaint<br>    Docketed On: 12/13/2024<br>    Filed By: Plaintiff Wooderts, Desharne<br>    Served On: Defendant Mars, Inc |
| 12/12/2024 | Affidavit/Declaration of Service of Summons and Complaint<br>    Docketed On: 12/13/2024<br>    Filed By: Plaintiff Wooderts, Desharne<br>    Served On: Defendant Mars, Inc |

12/17/2024  
Affidavit/Declaration of Service of Summons and Complaint
*Service of Summons*
Docketed On:   12/18/2024
Filed By:   Plaintiff Wooderts, Desharne
Served On:   Defendant Mars Food

02/14/2025  
**Remote Initial Scheduling Conference**   (9:45 AM)   (Judicial Officer: Ross, Maurice)

*51-56 of 56*

## Other Documents


04/13/2023
  Court Document - Public/Anonymous User
    Case Summary
      2 Pages


04/13/2023
  Court Document - Public/Anonymous User
    Case Summary
      2 Pages


08/09/2023
  Court Document - Public/Anonymous User
    Case Summary
      3 Pages


08/09/2023
  Court Document - Public/Anonymous User
    Appeal Certification
      1 Pages

## Financial Information

**Plaintiff**   Wooderts, Desharne
Total Financial Assessment                                                                        530.00

| | |
|---|---:|
| Total Payments and Credits | 530.00 |
| **Balance Due as of 12/26/2024** | **0.00** |