## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DESHARNE WOODERTS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 24-3606 (ABJ) |
|  | ) |
| MARS INC., *et al.*, | ) |
|  | ) |
| Defendants. | ) |

## **ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendants' motion to dismiss [Dkt. # 12] is **GRANTED** and the above-captioned case is **DISMISSED**.

This is a final, appealable order.

*[signature]*

AMY BERMAN JACKSON
United States District Judge

DATE: December 3, 2025

1